UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:06CR20009-001 |
| | ) | |
| WILLIAM M. JONES | ) | |

### ORDER OF DISMISSAL

Now on this 26th day of April, 2006, came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on March 8, 2006, be hereby dismissed without prejudice.

Entered on this 26th day of April, 2006.

Honorable Robert T. Dawson
United States District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 2 6 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK